IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOEL DAVID GARZA                                                   PLAINTIFF

v.                               NO. 4:08CV003618JLH

CITY OF RUSSELLVILLE, ARKANSAS;
TYRONE WILLIAMSON, Individually and in his
Capacity as Mayor of the City of Russellville; and
CHRISTI WILLIAMS, Individually and in her
Capacity as Human Resource Director of the
City of Russellville                                     DEFENDANTS

## PROTECTIVE ORDER

Plaintiff has requested discovery of the personnel files of two (2) named Defendants, Tyrone Williamson and Christi Williams. In order to permit Plaintiff adequate access to the records necessary to completely present his case herein, and, at the same protect the personal privacy of Defendants, it is hereby ordered:

1. Defendants have obtained and have agreed to produce for Plaintiff's counsel a complete unexpurgated copy of the personnel files, pursuant to the Federal Rules of Civil Procedure;

2. Said documents shall be considered confidential;

3. All confidential records or other information provided hereunder shall be used for the purpose of this litigation and none of the confidential material may be used for any other purpose whatsoever. Moreover, neither Plaintiff nor his counsel may utilize directly or indirectly the confidential records, documents, or other information made available pursuant to this Order in any other administrative complaint, proceeding, or civil action;

4. All confidential records, documents, tapes, or other information provided hereunder shall be retained in the custody of the Plaintiff's counsel including his paralegal, secretarial staff,

and/or other staff members, during the pendency of this litigation. Plaintiff's counsel may also provide copies of such confidential records, documents or other information to any expert witness[es] retained by the Plaintiff or persons frequently employed by such expert[s] whose review of the material is necessary for the Plaintiff's prosecution in this litigation;

5. Plaintiff, Plaintiff's counsel and his staff and the retained expert witness/witnesses shall not in any manner, directly or indirectly, transfer confidential records, documents or other information provided hereunder or copies thereof, or communicate, orally or in writing, any of the data contained in said material to any person;

6. Plaintiff's counsel, promptly upon completion of this litigation, or before if at such time he has no further use of the confidential information, whichever shall first occur, shall return to the Defendants all copies and extracts of data from such material and;

7. This Order is without prejudice to the rights of any party to make clear objection to the discovery permitted by the Federal Rules of Procedure, or by any statute or other authority.

IT IS ORDERED THIS  24th  DAY OF  April , 2009.

_____
Hon. J. Leon Holmes, District Court Judge

APPROVED:

_____
John L. Wilkerson
Attorney for Defendants

_____
Connie Grace
Attorney for Plaintiff